UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Adam R. Hageman,

    Plaintiff,

v.

Morrison County Sheriff's Office,
Shawn Larsen, Scott MacKissock,
Tim Brummer, Beth Larsen, Jenny Orth,
Mike Whitlow, Darci Okerman, Andy
Waltman, and Caleb Ochoa,

    Defendants.

Case No. 18-cv-1005 (JNE/LIB)
ORDER

In a Report and Recommendation dated December 18, 2018, the Honorable Leo I. Brisbois, United States Magistrate Judge, recommended that the Court grant Defendants' Motion to Dismiss pursuant to the fugitive disentitlement doctrine. ECF No. 30. No party filed objections. Based on a de novo review of the record, the Court adopts the Report and Recommendation in its entirety. *See* 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2. Therefore, IT IS ORDERED THAT:

1. Defendants' Motion to Dismiss [ECF No. 16] be GRANTED.
2. The case be DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 16, 2019

        s/ Joan N. Ericksen
        JOAN N. ERICKSEN
        United States District Judge